# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# HATTIESBURG DIVISION

**DREMA PATTERSON**                                                                 **PLAINTIFF**

**VS.**                                                         **CIVIL ACTION NO. 2:11cv61-KS-MTP**

**WAL-MART STORES EAST, L.P.**                                                      **DEFENDANT**

## ORDER

This matter is before the court on the Plaintiff's Unopposed Motion to Extend the Discovery Deadline [23]. Having considered the motion, the court finds that it should be denied.

In her unopposed motion, Plaintiff requests the court to extend the discovery deadline by one month. Plaintiff has failed to show good cause to extend the discovery deadline. While settlement efforts are encouraged, and in fact required under the Case Management Order [6], they do not constitute good cause for liberal extensions of the case deadlines.[1] *See Rivera v. County of Willacy*, No. B-06-189, 2007 WL 1655303, at *4 (S.D. Tex. June 6, 2007) (holding that "the mere possibility of settlement does not meet the standard of good cause for amending the Court's scheduling order"); *Moreno v. Poverty Point Produce, Inc*., 243 F.R.D. 275 (S.D. Tex. 2007). Were it otherwise, the court would be faced with moving deadlines after every settlement overture with no progress being made toward preparing the case for trial. Moreover, the discovery deadline cannot be extended by thirty days without affecting the current trial setting. Accordingly,

IT IS, THEREFORE, ORDERED:

1. That Plaintiff's Unopposed Motion to Extend the Discovery Deadline [23] is

---

[1] The Case Management Order [6] required the parties to schedule and complete a settlement conference and/or private mediation prior to the discovery deadline of December 1, 2011.

      DENIED.

2.      The parties are encouraged to contact the chambers of the undersigned should they desire a status conference.

SO ORDERED this the 18th day of November, 2011.

                                              s/ Michael T. Parker
                                              United States Magistrate Judge